## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILLIP BROWN,** | : |
| **Plaintiff,** | : **CIVIL ACTION** |
| v. | : **NO. 17-3418** |
| **CENTRA ASSOCIATES, L.P., et al.,** | : |
| **Defendants.** | : |

### ORDER

**AND NOW**, this _24th____ day of April, 2018, upon consideration of the joint Stipulation of Dismissal with Prejudice (Doc. 18), **IT IS HEREBY ORDERED AND DECREED** that the above-captioned matter is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

> **BY THE COURT:**
>
> **/s/ Petrese B. Tucker**
> _____
> **Hon. Petrese B. Tucker, U.S.D.J.**